IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02627-CMA

**OWEN HILL** and **SCOTT ROMANO**,

    Plaintiffs,

v.

**WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State; **CYNTHIA H. COFFMAN**, in her official capacity as Colorado Attorney General,

    Defendants,

AND

Civil Action No. 1:16-cv-02649-CMA

**CARYN ANN HARLOS**,
**KIYOMI BOLICK**, and
**ANDREW MADSON**,

    Plaintiffs,

v.

**MITCH MORRISEY**, in his official capacity as Second Judicial District Attorney, **WAYNE W. WILLIAMS**, in his official capacity as Colorado Secretary of State; **CYNTHIA H. COFFMAN**, in her official capacity as Colorado Attorney General,

    Defendants.

---

**AFFIDAVIT OF DISTRICT ATTORNEY DAVE YOUNG**

---

    1.    My name is Dave Young. I am over the age of 18 and otherwise competent to testify. This affidavit is made on my personal knowledge.

    2.    I am the elected District Attorney for the Seventeenth Judicial District, which covers Adams and Broomfield counties. In that role, which I have held since 2013, I am responsible for, among other things, reviewing and approving policy and approving charging decisions made by prosecutors employed by my office.

1

**EXHIBIT H**

3. I recently became aware of two lawsuits challenging the constitutionality of Colo. Rev. Stat. § 1-13-712. It is my understanding that the plaintiffs in these cases desire to take pictures of their completed ballots in the upcoming general election in order to post them on social media. I also understand that these posts are intended to be an expression of the voters' political views, and that they are not connected with alleged vote buying, vote selling, coercion, or any other type of undue influence.

4. To my knowledge, the Seventeenth Judicial District Attorney's Office has never charged anyone under § 1-13-712(1) for taking a photograph or video of a completed ballot and posting it on social media or otherwise publicizing it.

5. I have reviewed § 1-13-712(1) to determine whether my office would charge anyone with an offense for taking a photograph or video of a completed ballot and making public or otherwise revealing that photograph or video.

6. Based on that review, and keeping First Amendment concerns in mind, I have determined that my office would not charge any such activity unless it were accompanied by evidence of vote buying, vote selling, coercion, or any other type of undue influence.

7. Accordingly, absent such evidence, this office will not initiate criminal charges for citizens voluntarily posting photographs of their completed mail-in ballots on the internet, showing them to others, or otherwise disclosing them.

8. I have also reviewed Colo. Rev. Stat. § 1-12-712(3), which states: "No election official, watcher, or person shall reveal to any other person the name of any candidate for whom a voter has voted or communicate to another his opinion, belief, or impression as to how or for whom a voter has voted." My office does not interpret this subsection as prohibiting a voter from communicating how he or she has voted. Rather, taking into account Colorado's statutory and case law and relevant canons of statutory interpretation, my office construes this section to prohibit election officials or other persons who have or gain access to a voter's ballot or voting choice from disclosing for whom that voter cast his or her ballot.

9. Because my office does not interpret § 1-13-712(3) as prohibiting a voter from announcing how he or she has voted, my office would not investigate, charge, or prosecute a voter under that statute for allegedly doing so.

End of Affidavit

2

EXHIBIT H

_____
Dave Young

Subscribed and sworn to before me on this 3RD day of November, 2016, by the person I know personally to be Dave Young. Witness my hand and official seal.

_____
Notary Public

My commission expires on: 10/22/2019

```
SALLY FRESHOUR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20114065688
MY COMMISSION EXPIRES 10/22/2019
```

3

**EXHIBIT H**